# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WEBROOT, INC. and OPEN TEXT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TREND MICRO INC., <br><br> Defendant. | Civil Action No.: 6:22-cv-00239-ADA <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED NOTICE FOR EXTENSION OF TIME

Plaintiffs Webroot, Inc. and Open Text, Inc. ("Plaintiffs") file this Unopposed Notice for Extension of Time for Defendant Trend Micro, Incl ("Defendant") to answer or otherwise respond to Plaintiffs' Complaint:

1. On March 4, 2022, Plaintiffs filed a Complaint against Defendant alleging patent infringement. Dkt. No [1].

2. Defendant was served on March 10, 2022. Dkt. No. [4]

3. Defendant's response to the complaint is currently due on March 31, 2022.

4. Counsel Yar Chaikovsky reached out to Plaintiffs' counsel on behalf of Defendant and requested a 45-day extension to answer or otherwise respond to the Complaint. Plaintiffs do not oppose the requested extension.

5. Accordingly, the parties request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including May 16, 2022.

6. The parties do not make this request for the purpose of delay, but so that justice may be efficiently served.

DATED: March 23, 2022                                   Respectfully submitted,


                                                        By: */s/ Jeffrey D. Mills*

                                                        Jeffrey D. Mills
                                                        Texas Bar No. 24034203
                                                        KING & SPALDING LLP
                                                        500 West Second St.
                                                        Suite 1800
                                                        Austin, Texas 78701
                                                        Telephone: (512) 457-2027
                                                        Facsimile: (512) 457-2100
                                                        jmills@kslaw.com

                                                        Christopher C. Campbell (D.C. Bar No. 444262)
                                                        Patrick M. Lafferty (pro hac vice to be filed)
                                                        KING & SPALDING LLP
                                                        1700 Pennsylvania Avenue, NW
                                                        Suite 200
                                                        Washington, DC 20006
                                                        Telephone: (202) 626-5578
                                                        Facsimile: (202) 626-3737
                                                        ccampbell@kslaw.com
                                                        plafferty@kslaw.com

                                                        Steve Sprinkle
                                                        Texas Bar No. 00794962
                                                        SPRINKLE IP LAW GROUP, P.C.
                                                        1301 W. 25th Street, Suite 408
                                                        Austin, Texas 78705
                                                        TEL: 512-637-9220
                                                        ssprinkle@sprinklelaw.com


                                                        Britton F. Davis (pro hac vice to be filed)
                                                        Brian Eutermoser (pro hac vice to be filed)
                                                        KING & SPALDING LLP
                                                        1401 Lawrence Street
                                                        Suite 1900.
                                                        Denver, CO 80202
                                                        Telephone: (720) 535-2300
                                                        Facsimile: (720) 535-2400
                                                        bfdavis@kslaw.com
                                                        beutermoser@kslaw.com

*Attorneys for Plaintiffs Open Text, Inc. and Webroot, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 17, 2022, I and other counsel representing Plaintiffs Webroot, Inc. and Open Text, Inc., conferred via email with counsel who reached out on behalf of Defendant Trend Micro Inc. seeking a 45-day extension of time to respond to Plaintiffs' complaint, and Plaintiffs' counsel does not oppose a 45-day extension of Defendant's current March 31, 2021 deadline to answer, move or otherwise respond to the Complaint.

*/s/ Jeffrey D. Mills*
Jeffrey D. Mills

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 23, 2022, a true and correct copy of the foregoing response was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Jeffrey D. Mills*
Jeffrey D. Mills