IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEEBROOT, INC. and OPEN TEXT INC.<br>*Plaintiffs*,<br>v.<br>TREND MICRO, INC.,<br>*Defendant*. | Case No. 6:22-cv-00239-ADA<br><br>**JURY TRIAL DEMANDED** |
| WEEBROOT, INC. and OPEN TEXT INC.<br>*Plaintiffs*,<br>v.<br>SOPHOS LTD.,<br>*Defendant*. | Case No. 6:22-cv-00240-ADA<br><br>**JURY TRIAL DEMANDED** |
| WEEBROOT, INC. and OPEN TEXT INC.<br>*Plaintiffs*,<br>v.<br>CROWDSTRIKE HOLDINGS, INC. and CROWDSTRIKE, INC.,<br>*Defendants*. | Case No. 6:22-cv-00241-ADA<br><br>**JURY TRIAL DEMANDED** |
| WEEBROOT, INC. and OPEN TEXT INC.<br>*Plaintiffs*,<br>v.<br>AO KAPERSKY LAB.,<br>*Defendant*. | Case No. 6:22-cv-00243-ADA<br><br>**JURY TRIAL DEMANDED** |

## REFERRAL ORDER

It is hereby **ORDERED** that all above-captioned cases are referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

Signed this 5th day of April, 2022.

ALAN D. ALBRIGHT
United States District Judge