IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Webroot, Inc. and Open Text, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Trend Micro Inc.<br><br>Defendants.<br><br>Trend Micro Inc.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>Webroot, Inc. and Open Text, Inc.,<br><br>and<br><br>Open Text Corp,<br><br>Counterclaim-Defendants. | Civil Action No.<br>6:22-cv-00239-ADA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED NOTICE OF EXTENSION OF TIME**

Without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, Webroot, Inc. Open Text, Inc. and Open Text Corp. file this Unopposed Notice of Extension of Time to answer or otherwise respond to the counterclaims raised in Defendant Trend Micro Inc.'s Answer, Affirmative Defenses, and Counterclaims to Plaintiffs Webroot, Inc. and Open Text, Inc.'s Complaint for Patent Infringement ("Defendant's Counterclaims") and hereby state:

1

1. On March 4, 2022, Webroot, Inc. and Open Text, Inc. ("Plaintiffs") filed a Complaint against Trend Micro, Inc. ("Defendant") alleging patent infringement. ECF 1.

2. Defendant received a 45-day extension of time to answer or otherwise respond to the Complaint. ECF 11.

3. On May 16, 2022, Defendant responded by filing Trend Micro Inc.'s Answer, Affirmative Defenses, and Counterclaims to Plaintiffs Webroot, Inc. and Open Text, Inc.'s Complaint for Patent Infringement. ECF 18. Defendant's response included counterclaims asserted against counterclaim defendants Webroot, Inc., Open Text, Inc. and Open Text Corp. ("Counterclaim Defendants").

4. Counsel for Plaintiffs reached out to counsel for Defendant and requested a 45-day extension to answer or otherwise respond to Defendant's Counterclaims.

5. Counsel for Defendant has informed Counsel for Plaintiff that Defendant does not oppose the requested extension.

6. The request for extension does not change the date for any hearing, final submission to the Court related to a hearing, or trial and thus is being submitted as a notice to the Court in accordance with the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines (filed March 7, 2022).

7. WHEREFORE, Counterclaim Defendants respectfully request that the deadline to answer or otherwise respond to Defendant's Counterclaims be extended and set to **June 30, 2022**.

Dated: May 27, 2022

MARK D. SIEGMUND
mark@swclaw.com

Respectfully submitted,

/s/ Jeffrey D. Mills
JEFFREY D. MILLS
jmills@kslaw.com
**KING & SPALDING LLP**

**STECKLER WAYNE**
**CHERRY & LOVE, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Telecopier: (254) 651-3689


STEVEN ROBERT SPRINKLE
 ssprinkle@sprinklelaw.com
**SPRINKLE IP LAW GROUP**
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Telephone: (512) 637-9221
Telecopier: (512) 371-9088

500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2027
Telecopier: (202) 626-3737


CHRISTOPHER C. CAMPBELL
 ccampbell@kslaw.com
PATRICK M. LAFFERTY
 plafferty@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Telecopier: (202) 626-3737


BRIAN J. EUTERMOSER
 beutermoser@kslaw.com
BRITTON F. DAVIS
 bfdavis@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Telecopier: (720) 535-2400

*Counsel for Webroot, Inc. and Open Text, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record as being served with a copy of the foregoing document via the court's CM/ECF system on May 27, 2022.

>*/s/ Jeffrey D. Mills*
>Jeffrey D. Mills