# EXHIBIT 32


# U.S. District Court for the Northern District of California N.D.Cal.

Showing **31,482** federal district court cases in N.D.Cal.; filed between 2018-09-18 and 2022-10-20.; sorted by most recent docket activity.

**Timing**




| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|---|---|
| **Temporary Restraining Order (Grant)**  <br>*(Remaining Federal cases are not included)* | 47 | 8 |
| **Temporary Restraining Order (Deny)**  <br>*(Remaining Federal cases are not included)* | 47 | 14 |
| **Preliminary Injunction (Grant)**  <br>*(Remaining Federal cases are not included)* | 53 | 54 |
| **Preliminary Injunction (Deny)**  <br>*(Remaining Federal cases are not included)* | 55 | 69 |
| **Permanent Injunction (Grant)**  <br>*(Remaining Federal cases are not included)* | 148 | 252 |
| **Permanent Injunction (Deny)**  <br>*(Remaining Federal cases are not included)* | 5 | n/a |
| **FLSA Conditional Certification**  <br>*(Remaining Federal cases are not included)* | 24 | 353 |
| **Class Certification**  <br>*(Remaining Federal cases are not included)* | 11 | 586 |
| **Claim Construction Hearing**  <br>*(Remaining Federal cases are not included)* | 56 | 408 |